

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00644-CR

Fred Douglas **BUTLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR11810
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED. We ORDER the chief deputy clerk of this court to immediately issue the mandate contemporaneously with issuance of this opinion and judgment.

SIGNED October 30, 2024.

_____
Beth Watkins, Justice